

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/12/2026___

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

March 11, 2026

<u>*Via ECF*</u>
Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10022



Re:   Stephenson v. AbbVie
25 CV 7856 (VEC)

Dear Judge Caproni:

We represent the Plaintiff in this action.   Counsel for the Defendant consents to this letter.

The parties met in mediation yesterday before Magistrate Judge Sarah Cave at which Her Honor made a recommendation for a settlement.  Both parties have until tomorrow to decide whether to accept that recommendation.

Our joint letter and Case Management Plan is due tomorrow, and a conference is scheduled for March 20, 2026.   Both parties request a short adjournment to determine whether those documents will be necessary.

Thank you for your consideration of our request.

Sincerely,
*/s/ Robert L. Schonfeld*
Robert L. Schonfeld

Cc:  Nick Pujii, Esq.
     Karla Del Pozo Garcia, Esq.

Application GRANTED.  The Initial Pretrial Conference ("IPTC") scheduled for Friday, March 20, 2026, is ADJOURNED to **Friday, April 3, 2026, at 10:00 A.M.**  The IPTC will take place in courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The parties' joint letter, *see* Dkt. 5, must be filed via ECF not later than **Thursday, March 26, 2026**.  Defendant's time to move against or answer the Complaint is stayed until the date of the IPTC, unless otherwise ordered.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 19.


SO ORDERED.

3/12/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE